IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEANNINE DAVILA,

    Plaintiff,

v.

KATHY GALLAGHER,

    Defendant.

No. C -14-01396 EDL

**ORDER DISMISSING CASE**

On April 9, 2014, the Court issued an Order granting Plaintiff's Application to Proceed In Forma Pauperis and dismissing Plaintiff's complaint with leave to amend. The deadline to file an amended complaint was April 21, 2014. To date, Plaintiff has not filed an amended complaint and has not otherwise communicated with the Court about her case. Therefore, Plaintiff's complaint is dismissed and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May __1__, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge